1054

[No. 70121-5-I.   Division One.   May 5, 2014.]

*In the Matter of the Dependency of* C.A.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent,*
v. C.A., *Petitioner.*

Petition for discretionary review from a judgment of the Superior Court for King County, No. 06-7-02558-8, Patricia H. Clark, J., entered March 19, 2013. Review *denied* and petition *dismissed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Becker, J.

[No. 70143-6-I.   Division One.   May 5, 2014.]

WESTERN NATIONAL ASSURANCE COMPANY, *Respondent,* v. SHELCON CONSTRUCTION GROUP, LLC, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-2-31517-5, Michael J. Trickey, J., entered March 11, 2013. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, J., and Grosse, J. Pro Tem. Now published at 182 Wn. App. 256.

[No. 71364-7-I.   Division One.   May 5, 2014.]

ANNA ELLERO KYDD, *Respondent,* v. KYDD INVESTMENTS ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-2-01586-0, Jeanette Dalton, J., entered November 9, 2012. *Affirmed* by unpublished opinion per Verellen, A.C.J., concurred in by Cox and Appelwick, JJ.